IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE B. WINTNER, | ) |
| Plaintiff, | ) Civil Action No. 2:18-cv-00474 |
| v. | ) |
| FUJITSU AMERICA, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41 (a)(1)(A)(ii)

Plaintiff George B. Wintner and Defendant Fujitsu America, Inc. (collectively "the Parties") hereby stipulate and agree through their respective undersigned counsel, that the above-captioned action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) and the Federal Arbitration Act, 9 U.S.C. §1 *et seq*. The Parties will resolve this matter pursuant to the Mutual Arbitration Agreement between the Parties, which covers all claims alleged in the Complaint.

Counsel for Plaintiff has consented to the electronic filing of this document by counsel for Defendant.

Respectfully submitted this 8th day of June 2018,

| | |
|---|---|
| *s/ Melvin L. Vatz* | *s/ Allison R. Brown* |
| Melvin L. Vatz , Pa. I.D. #23655 | Allison R. Brown, PA I.D. No. 309669 |
| mvatz@vatzlaw.com | arbrown@littler.com |
| 247 Fort Pitt Boulevard, 4th Floor | **LITTLER MENDELSON, P.C.** |
| Pittsburgh, PA 15222 | 625 Liberty Avenue, 26th Floor |
| Telephone: (412) 391-3030 | Pittsburgh, PA  15222 |
| *Facsimile*: (412) 281-9509 | Telephone: (412) 201-7678 |
| | *Facsimile*: (412)774-2068 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

SO ORDERED:

_____
United States District Judge
Cathy Bissoon